




> IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
>
> DIVISION OF ST. CROIX

| | |
|---|---|
| COMMISSIONER OF THE DEPARTMENT OF PLANNING AND NATURAL RESOURCES, DEAN C. PLASKETT, in his Capacity as Trustee for Natural Resources of the Territory of the Virgin Islands,<br><br>                      Plaintiff,<br>vs.<br><br>ESSO STANDARD OIL, S.A., LTD., et al.,<br><br>                      Defendants. | CIVIL NO. 1998/206-F/C<br><br>ACTION FOR:<br>DAMAGES, PENALTIES and INJUNCTIVE RELIEF |

## DEFAULT JUDGMENT

On April 8, 2005, this Court heard Plaintiff's Motion for Default Judgment against Defendant, Successor Panex Industries, Inc. Stockholders' Liquidating Trust (the "Successor Trust"), under Fed.R.Civ.P. 55(b)(2). After considering Plaintiff's Motion for Default Judgment with its supporting attachments, including the attached declarations, expert reports, and NRD Liability Allocation Calculation, the pleadings and papers on file in this action, and the evidence offered at the hearing on the Motion, the Court finds that:

1. The Court entered a default against the Successor Trust on March 14, 2005.

2. The Successor Trust and Michael D. DeBaecke, in his capacity as the Trustee of the Successor Trust, are not minors, incompetent persons, or current members of the military.

3. The Successor Trust having previously appeared in this action, was given due notice of Plaintiff's Motion for Default Judgment, as required by Fed.R.Civ.P. 55(b)(2).

4. Plaintiff, Trustee for Natural Resources of the Territory of the U.S. Virgin Islands, has established that the Successor Trust is liable to Plaintiff for damages in the amount of $51,622,450.

THEREFORE, IT IS HEREBY ORDERED that:

1. Default judgment be entered against the Successor Trust in the amount of $51,622,450;

2. This judgment shall bear interest at the judgment rate from the date of entry until paid.

DATED: 4/8/05

RAYMOND L. FINCH
U.S. DISTRICT COURT

ATTEST:
Wilfredo Morales
Clerk of the Court

By _____
Deputy Clerk

CERTIFIED A TRUE COPY THIS
24th DAY OF October 2005
WILFREDO F. MORALES
CLERK OF THE COURT
BY _____
DEPUTY

Distribution List:

| | |
|---|---|
| Alav A. Swan, Esquire, AAG | 340-774-9710 |
| Gabriela Haley, Esquire | 340-774-9710 |
| John K. Dema, Esquire | 340-773-3944 |
| Nancy D'Anna, Esquire | 340-776-6260 |
| Michael D. DeBaecke, Esquire | 302-425-6464 |