## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

COMMISSIONER OF THE DEPARTMENT,  :
OF PLANNING AND NATURAL          :
RESOURCES, DEAN C. PLASKETT, in his  :    United States District Court
Capacity as Trustee for Natural Resources of  :    for the Virgin Islands
the Territory of the Virgin Islands,  :    Civil Action No.  1998/206-F/C
                                 :
    Plaintiff,                :    Misc. Case No. _____
                                 :
v.                               :
                                 :
ESSO STANDARD OIL, S.A., LTD., *et. al.*,  :
                                 :
    Defendants.               :

### PRAECIPE

TO:   Clerk of the Court
       United States District Court for the District of Delaware
       Room 4209
       844 N. King Street
       Wilmington, DE  19801

    PLEASE ISSUE a Writ of Fieri Facias to levy upon, seize, and sell any and all assets of the Defendant, Successor Panex Industries, Inc. Stockholders' Liquidating Trust (the "Successor Trust"), which may be found at 1201 Market Street, Ste. 800, Wilmington, DE  19801. Judgment was entered in the above-captioned cause of action in favor of the Plaintiff and against the Successor Trust on April 8, 2005, in the principal amount of $51,622,450.00, plus post-judgment interest at the judgment rate from April 8, 2005.

                PRICKETT, JONES & ELLIOTT, P.A.

                Bruce E. Jameson (#2931)
                Eric M. Andersen (#4376)
                1310 King Street
                Wilmington, DE  19801
                (302) 888-6500

DATED:  November 3, 2005