IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT, OF PLANNING AND NATURAL RESOURCES, DEAN C. PLASKETT, in his Capacity as Trustee for Natural Resources of the Territory of the Virgin Islands, | : : : : : | (writ of fieri facias) United States District Court for the Virgin Islands Civil Action No. 1998/206-F/C |
| Plaintiff, v. | : : : | Misc. Case No. _____ |
| ESSO STANDARD OIL, S.A., LTD., *et. al.*, | : : | |
| Defendants. | : | |

**TO THE UNITED STATES MARSHAL, YOU ARE COMMANDED:**

To levy upon the money, goods, credits and effects, stocks, bonds, personal property, and/or real estate of Successor Panex Industries, Inc. Stockholders' Liquidating Trust (the "Successor Trust"), in the hands of Michael D. DeBaecke, the trustee of the Successor Trust residing at 1201 Market Street, Ste. 800, Wilmington, DE 19801 to satisfy a debt owed to the above named plaintiff by the defendant in the amount of $51,622,450.00 according to judgment of the District Court of the Virgin Islands case number 1998/206-F/C. The amounts the defendant owes are:

Debt   $51,622,450.00;
Interest at the judgment rate from April 8, 2005;
Filing and execution fees _____; and
U.S. Marshal filing and execution fees _____

[seal of the Court]

_____
Clerk of the Court

Issued _____

_____
Per Deputy

Return this writ on or before _____

15152.1\288355v1