## PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

DOVER OFFICE
11 NORTH STATE STREET
DOVER, DE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

PENNSYLVANIA OFFICE
217 WEST STATE STREET
KENNETT SQUARE, PA 19348
TEL: (610) 444-1573
FAX: (610) 444-9275

Writer's Direct Dial: (302) 888-6527
Writer's Telecopy Number: (302) 658-8111
Writer's E-Mail Address: EMANDERSEN@prickett.com

November 7, 2005

**VIA FACSIMILE (302) 573-6451**

Brian Blackwell
Clerk of the Court
U.S. District Court
844 N. King Street, Room 4209
Wilmington, DE 19801

Re:   **Commissioner of the Department of Planning and Natural Resources v. Esso Standard Oil S.A. Ltd., Case No. 1:05-mc-224**

Dear Mr. Blackwell:

Please indicate on the writ of execution that the "filing and execution fees" are $39.00 and the "U.S. Marshal filing and execution fees" are $45.00.

If you have any more questions, please call me directly at (302) 888-6527.

Very truly yours,

Eric M. Andersen
Bar I.D. No. 4376

EMA:ljc

15152.1\289674v1