**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Dean C. Plaskett, Com. of Dept of Plann./Nat.Res. | COURT CASE NUMBER: Misc. 05-224 UNA |
| DEFENDANT: Esso Standard Oil, SA, LTD | TYPE OF PROCESS: Writ of Fieri Facias |

SERVE — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael DeBaecke, Esq.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT 1301 Market St, Ste 800 Wilm DE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:
Eric Anderson  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 888-6527
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk: BF | Date: 11-10-05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (if not shown above): Michael DeBaecke
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 12/19/05   Time: 1:30 pm
Signature of U.S. Marshal or Deputy: B Fahey

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: Writ served, but judgement not satisfied.

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| COMMISSIONER OF THE DEPARTMENT, OF PLANNING AND NATURAL RESOURCES, DEAN C. PLASKETT, in his Capacity as Trustee for Natural Resources of the Territory of the Virgin Islands, | : : : : : | (writ of fieri facias)<br><br>United States District Court for the Virgin Islands<br>Civil Action No. 1998/206-F/C |
| Plaintiff,<br>v. | : : : | Misc. Case No.  05 - 224 |
| ESSO STANDARD OIL, S.A., LTD., *et. al.*, | : : | |
| Defendants. | : | |

**TO THE UNITED STATES MARSHAL, YOU ARE COMMANDED:**

To levy upon the money, goods, credits and effects, stocks, bonds, personal property, and/or real estate of Successor Panex Industries, Inc. Stockholders' Liquidating Trust (the "Successor Trust"), in the hands of Michael D. DeBaecke, the trustee of the Successor Trust residing at 1201 Market Street, Ste. 800, Wilmington, DE 19801 to satisfy a debt owed to the above named plaintiff by the defendant in the amount of $51,622,450.00 according to judgment of the District Court of the Virgin Islands case number 1998/206-F/C. The amounts the defendant owes are:

Debt   $51,622,450.00;
Interest at the judgment rate from April 8, 2005;
Filing and execution fees   $39.00   ; and
U.S. Marshal filing and execution fees   $45.00

[seal of the Court]

Peter T. Dalleo
Clerk of the Court

Issued November 7, 2005

*Brian K Blackwell*
Per Deputy

Return this writ on or before   January 6, 2006

CERTIFIED:
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY *Brian K Blackwell*
Deputy Clerk

15152.1\288355v1

U.S. MARSHALS RETURN

I have (Partially) Fully Executed This Writ ~~~~~~~~~~~~~~~~~ but judgement ~~~~~~~~~~~~~~~~~~~~~ has not been satisfied

On 12-19-05

D.W. Thomas
United States Marshal

By: BT Fahey
Deputy Marshal